**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PCL Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**27-0448743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**79 Hadley Road**<br>**Jaffrey, NH**<br>ZIP Code **03452** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cheshire** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Po Box 184**<br>**Jaffrey, NH**<br>ZIP Code **03452** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PCL Group LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

■ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   **Morry Ross**
   (Name of landlord that obtained judgment)

   **1066 North Main Street**
   **Providence, RI 02904**
   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PCL Group LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ James D. Kelly**
Signature of Attorney for Debtor(s)

**James D. Kelly 06927**
Printed Name of Attorney for Debtor(s)

**Getman, Schulthess & Steere, PA**
Firm Name

**Three Executive Park Drive**
**Suite 9**
**Bedford, NH 03110**
Address

**Email: bankruptcy@gss-lawyers.com**
**603-634-4300  Fax: 603-626-3647**
Telephone Number

**March 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steve Lawrence**
Signature of Authorized Individual

**Steve Lawrence**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 18, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Aeromax, Inc.
28 w 079 Industrial Ave.
Barrington, IL 60010

Allen & Mathewson
PO Box 519
Rindge, NH 03461

Allstitch, LLC
3031 James St.
Baltimore, MD 21230

Ashcity, USA
1700 West 1016th St.
Lenexa, KS 66219

AT&T CMC
ATTN: Bankruptcy
PO Box 769
Arlington, TX 76004

AVW, Inc.
PO Box 9962
Fort Lauderdale, FL 33310

Baruduan America
29500 Fountain Parkway
Solon, OH 44139

Bodek & Rhodes
PO Box 820144
Philadelphia, PA 19182

Central Paper Company
PO Box 1701
Pawtucket, RI 02862

Chouinard, Barry T.
127 N Main St.
Pittsburgh, PA 15251

Compu Tech Imaging
4654-B East Ave. S #109
Palmdale, CA 93552

Cox Communications
9JP Murphy Hwy
West Warwick, RI 02893

Coyne Textile Services
PO Box 200573
Pittsburgh, PA 15251

Culver, Inc.
1000 Industrial Blvd.
Aliquippa, PA 15001

Cutter & Buck
PO Box 34855
Seattle, WA 98124

Daron Worldwide Trading, Inc.
24 Stewart Place
Unit 4
Fairfield, NJ 07004

Dorrance Electric
93 Tremont St.
Rehoboth, MA 02769

Dunbrooke Apparel
4200 Little Blue Pkwy # 500
Independence, MO 64057-8307

Eagle Emblems
11365 Commercial Parkway
Castroville, CA 95012

Enesco, LLC
225 Windsor Drive
Itasca, IL 60143

Enmon Accessories, LLC
900 East Hickory
Denton, TX 76205

Firefighter Play, LLC
6996 Columbia Gateway Dr.
Silver Spring, MD 20902

Firehouse Treasures
12525 Skyline Dr.
Jenks, OK 74037-4917

Gund
225 Windsor Dr.
Itasca, IL 60143

Idearc Media
PO Box 619810
Dallas, TX 75261

Independent Screen Assoc.
PO Box 139
Sharon, MA 02067

Jaguar Marketing, LLC
1375 Cedar St.
Green Bay, WI 54302

Kay Morgans
12525 Skyline Dr.
Jenks, OK 74037

Kurt S. Adler
7 W. 34th St.
New York, NY 10001

Lynn C. Rust, CPA
217R Old Homestead Hwy
Swanzey, NH 03446

Madeira USA Ltd.
30 Bayside Court
Laconia, NH 03246

MBA Software and Consulting
5409 Nicollett
Minneapolis, MN 55419

Monadnock Community Bank
1 Jaffrey Road
Peterborough, NH 03458

Monadnock Community Hospital
452 Old Street Road
Peterborough, NH 03458

Morry S. Ross
1066 N. Main St.
Providence, RI 02904

National Grid
Accounts Processing
PO Box 960
Northborough, MA 01532-0960

New England Emergency Equipment
79 Hadley Rd.
Jaffrey, NH 03452

New England Sportswear
154 Campanelli Drive
Middleboro, MA 02346

Patriot Disposal
2208 Plainfield Pike
Johnston, RI 02919

Peerless Insurance
62 Maple Ave.
Keene, NH 03431

Penn Well
1421 South Sheraton Rd.
Tulsa, OK 74112

Pitney Bowes
2225 American Dr.
Neenah, WI 54956

Pitney Bowes
15 Constitution Drive
Bedford, NH 03110

Purchase Power
2225 American Dr.
Neenah, WI 54956

RIET
1 Capitol Hill, Ste 36
Providence, RI 02908

Roche Sculptures
390 N. Eastriver Rd.
Des Plaines, IL 60016

RS&A Computer Consultants
630 Sawmill River Rd.
Ardsley, NY 10502

S&K Properties
Turnpike Road
New Ipswich, NH 03071

SK Properties
PO Box 250
New Ipswich, NH 03071

Staples
PO Box 415256
Boston, MA 02241

Stitch Doctor
202 Sherwood Circle
East Bridgewater, MA 02333

Thomas R. Hanna, Esq.
41 School St.
Keene, NH 03431

TJ Christmas
9820 Pflumm Rd.
Lenexa, KS 66215

Tri-Mountain
4889 4th St.
Baldwin Park, CA 91706

Turfer Sportswear
400 Massasoit Ave # 300
East Providence, RI 02914-2012

University of Missouri Extension
240 Heinkel Building
Columbia, MO 65211

UPS
PO Box 650580
Dallas, TX 75265-0580

Windmill Hill Consultants
1004 Dolores Ave.
Saint Louis, MO 63132

Workhorse Products
PO Box 53555
Phoenix, AZ 85072